UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> DARRYL BRENT WALTZ, JR., ) <br> ) <br> Defendant. ) | Misc. No. 1:20-cr-238-JRS-TAB-1 |

### APPEARANCE BY ATTORNEY IN CRIMINAL CASE

Abraham Murphy of the law firm of Abraham Murphy, Attorney at Law, LLC hereby enters his Appearance as counsel on behalf of Defendant, Darryl Brent Waltz, Jr.

Respectfully submitted,

*/s/Abraham Murphy*
Abraham Murphy, #23694-49
ABRAHAM MURPHY
ATTORNEY AT LAW, LLC
6182 Palomar Circle
Indianapolis, Indiana 46234
(317) 852-0185 / (317) 852-0179 (f)
murphy@abrahammurphy.com
*Counsel for the Defendant, Brent Waltz*

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2023, a true and correct copy of the foregoing and any attachments thereto has been served upon the parties listed in the Court's electronic service list, via electronic mail. Notice of this filing will be sent to counsel of record by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

*/s/Abraham Murphy*
Abraham Murphy